**1411  JUST vs. TOWNSHIP BOARD (Wise), 42 M., 573.**

Mandamus, not assumpsit, lies to compel the township board to pay a valid order given by the highway commissioner on the township treasurer.   January 23, 1880.


**1412  JUST vs. TOWNSHIP BOARD (Wise), 47 M., 511.**

On petition for mandamus to compel payment of highway orders, the parties should frame their issues on the answer, if it denies the validity of the orders.   January 18, 1882.


**1413  CARRINGTON ET AL. vs. TOWNSHIP BOARD (Cumming), No. 14937.**

To compel respondents to issue an order for a balance due upon certain highway and contingent orders which had been surrendered, and to require the supervisor to spread the amount thereof upon the tax roll.

Order to show cause granted June 4, 1895, but proceeding afterwards discontinued by stipulation.


**1414  AVERY vs. TOWNSHIP BOARD (Krakow), 73 M., 622.**

To compel payment of certain township and highway orders. Denied February 1, 1889.

Held, that an unexplained delay for more than six years to demand or compel payment will bar relief.


**1415  OWEN vs. TOWNSHIP BOARD (Lincoln), 41 M., 415.**

To compel payment of certain township orders issued more than six years ago, and payment upon which was refused nearly six years ago.